**Opinion issued October 26, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-22-00820-CV

—————————————

## DAWNELL WILLIAMS, Appellant

## V.

## K. D. UPADHYAYA, Appellee

On Appeal from County Court at Law No. 1
Fort Bend County, Texas
Trial Court Case No. 22-CCV-070379

## MEMORANDUM OPINION

The parties, representing that they have reached a settlement agreement resolving their underlying dispute, have filed an agreed motion to dismiss the appeal. The parties have agreed that they will bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d). Counsel for both parties have signed the motion. No cross

appeal has been filed, and no opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We direct the Clerk for this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.